# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. _____

(To be supplied by the court)

Zachariah C. Diamond, Plaintiff

v.

Oot DCPDIA, Oot DCPDept., Oot DCCC, Oot DCSD, Oot DCPD, Oot DCSDIA, Oot DCPDefender, Denver Health Hospital Est 1860, Oot DCSD, Oot DCSDIA, Oot DCPDefender, DCPDIA, DCPDept., Oot DCSD, Oot DCSDIA, DCCC, Denver Health Hospital Est. 1860, Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A.  **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.* (General Delivery) Denver, CO 80294

Zachariah C Diamond 000076375901 19th St. Room A-105

(Name, prisoner identification number, and complete mailing address)

_____

(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

- **X** Pretrial detainee
- ___ Civilly committed detainee
- ___ Immigration detainee
- ___ Convicted and sentenced state prisoner
- ___ Convicted and sentenced federal prisoner
- **X** Other: (*Please explain*) Abducted due to Internal Affairs Investigation

B.  **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: DCPDIA, DCPD, Denver Police & Internal Affairs
(Name, job title, and complete mailing address)
Plaintiff without information access.

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? **X** Yes ___ No (*check one*). Briefly explain:

Within jurisdiction, On duty officers.
Online complaint filed and recieved by IA.

Defendant 1 is being sued in his/her **X** individual and/or **X** official capacity.

2

Defendant 2: **Oot DCCC, Oot DCSD, Oot DCSDIA, Oot DCPD, Oot DCPDIA**
(Name, job title, and complete mailing address)
**Plaintiff without Information acess**

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? **X** Yes ___ No (*check one*). Briefly explain:
**Within jurisdiction, On duty officers, sheriffs, Internal Affairs, Public defender, Judge, Prosecuting Attorney**

Defendant 2 is being sued in his/her **X** individual and/or **X** official capacity.

Defendant 3: **Denver Health Hospital Est 1860, Oot DCSD, Oot DCSDIA**
(Name, job title, and complete mailing address)
**Plaintiff without information acess**

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? **X** Yes ___ No (*check one*). Briefly explain:
**Within jurisdiction "sherrifs", licensed by State of Colorado board of health Medical professinal**

Defendant 3 is being sued in his/her **X** individual and/or **X** official capacity.

**Defendant 4: Oot DCPDefender, DCPDIA, DCPDepartment, Oot DCSD, Oot DCSDIA, DCCC, Denver Health Hospital-1860**

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

**X**   42 U.S.C. § 1983 (state, county, and municipal defendants)

___   *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

**X**   Other: (*please identify*) **Federal Goverment: R.I.C.O-8 each 1 each R.I.C.O. Conglomeration Suit**

3

### E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes **X** No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): _____

Docket number and court: _____

Claims raised: _____

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?) _____

Reasons for dismissal, if dismissed: _____

Result on appeal, if appealed: _____

### F. ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

    **X** Yes ___ No (*check one*)

Did you exhaust administrative remedies?

    **X** Yes **X** No (*check one*) Vague question: No answer or help to answer question.

5

Conglomerate R.I.C.O. - DCPD IA, DCPDept., DCCC, DOotPDefender, Oot DCSD, Oot DCSDIA, DCCC Judge, DA/PA, Bailiffs, DH Hospital 1860

**D. STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Chronological, linear charges, - September 8, 2020 - #1,439 Felonies + June 3, 2021

Supporting facts:

DCPDIA - Interfering with an internal investigation 04-29, 2021

DCPDepartment - FTCI, FTRCA×3, Abd., FI, HT, FaPR, II, FI, HT / Restitution: (10.75 million USD$) + All assets + Employees assets, Pensions etc. Duties.

DCCC - PR Bond√, Br., Ext, Abd., Ht, COI, FTA / Restitution: 6.0 million USD + Denver County assets + Duties + Employee assets Pensions + duties.

OotDCSD - COI, HT×2, Abd.×2, FI×2, IwaII, Bio-terrorism, Mansl., Murder, MC×70, NoCal.×42, Harr.×8, MM×8, MI×8, Ext., Brib., IdentSecv., Slavery, CRI×3, FTRCA×900, Ident Fr.×36, FalsImpx47, Starv.×12, SexHarr.×1 Meyer#517041, Retal. Harr.×1 Meyer 517041, No hour out×48, Ident. theft×1 / Restitution: 352.0 million USD + All asset + duties + All employees assets + duties + Pensions/Retirement

DOotPDefender - Valerie Cole - Slan×10, Def. of Char.×10, FTRCA×1, FTA×1, / Restitution: 33.0 million USD + all assets + pension. Retaliation

DCSDIA - Abon., FTRCA×127, Mansl., Att.Murder - ? / Restitution: All assets + All employees assets + Pensions.

DCCC Judge + DA/PA, Bailiff's - IwaII, Br., Ext., Abd., Ht, FI, Slan.×10, D of Char.×10, COI / Restitution: 109.5 million USD + All assets + pensions.

Denver Health Hospital Est. 1860, Oot DCSD, Oot DCSDIA.

Denver Health Hospital Est 1860 - Mansl., Att.Murder 09/08/2020, MC×74, MM×74, MI×21, Invalid Prescription×12, False Prescription×17, AaDw/oaRescr.×12, FTRCA×4, Ref. PRN×26, Falsify Med logs ×42, Wrong meds admin.×12, Dispose Med Kites×2 / Restitution: 202.0 million USD + All assets + All employees assets + Owners?Investxs assets.

### G. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

State of Colorado Bureau of Investigation witness protection at Four Seasons Denver Downtown Hotel Room + Board + Clothing + Vision supplies, abducted without getting backpack and all identifications.

US of America Federal Bureau of Investigation Federal witness protection at Four Seasons Hotel Denver Downtown. Room + Board + Clothing + Vision Supplies + all identifications.

### H. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

33-30  bbb 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 est 09/08/2020
GGG-99-9 PPP 11-16-1983  06/03/2021
5/06/2021  9:17 AM
11:59 PM MST  MST

06/03/2021
(Date)

(Form Revised December 2017)